**Matthieu Daniel ORTALA,**
**Plaintiff/Appellant,**

v.

**Madeline Therese BUTHOD, individually, and F.B., by his Next Friend, Madeline Therese Buthod, Defendant/Respondent.**

**No. ED 91124.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 27, 2009.

Clinton B. Roberts, Roberts & Kinsky, L.L.C., Farmington, MO, for appellant.

Benicia Baker Livorsi, The Family Law Group, LLC, St. Charles, MO, for respondent.

Before BOOKER T. SHAW, P.J., KATHIANNE KNAUP CRANE, J., and MARY K. HOFF, J.

*ORDER*

PER CURIAM.

Father appeals from the trial court's judgment in a paternity case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisdictional purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).